# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 3:14cr270-2 |
| v. | : | (Judge Munley) |
| **DESMOND MERCER,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 7th day of October 2019, it is hereby **ORDERED** that defendant's *pro se* motion for reduction of sentence, (Doc. 403), brought pursuant to 18 U.S.C. § 3582(c) and the retroactive application of Amendment 782 to the United States Sentencing Guidelines, is **DENIED**, and his sentence to a 168-month term of imprisonment will remain in effect.

**BY THE COURT:**

Date: October 7, 2019

s/ James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**